JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LINDER et al.,<br><br>    Plaintiffs,<br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendant. | Case No. 2:19-cv-03897-DSF-MAA<br><br>Assigned for all Purposes to: Hon. Dale S. Fischer<br><br>**ORDER REGARDING PLAINTIFFS' NOTICE OF SETTLEMENT AND REQUEST TO DISMISS CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned case is hereby dismissed with prejudice.  Each party will bear their own costs.

DATED: June 6, 2023

_____
Hon. Dale S. Fischer
U.S. District Judge

1